IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. SUGGS,

    Plaintiff,                            No. CIV S-11-0471 DAD P

    vs.

SACRAMENTO COUNTY               ORDER FOR PAYMENT
SHERIFF'S DEPARTMENT et al.,
    Defendants.                     OF INMATE FILING FEE

_____/

To: The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Sacramento County is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Sheriff of Sacramento County or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the

1

1  preceding month's income credited to the prisoner's trust account and shall forward those
2  payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in
3  accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded
4  to the Clerk of the Court.  The payments shall be clearly identified by the name and number
5  assigned to this action.

6        2.  The Clerk of the Court is directed to serve a copy of this order and a copy of
7  plaintiff's signed in forma pauperis affidavit on Sheriff of Sacramento County, Attention:  Inmate
8  Trust Account, 651 I Street, Sacramento, California 95814.

9        3.  The Clerk of the Court is directed to serve a copy of this order on the Financial
10  Department of the court.

11  DATED: March 5, 2011.

14  DAD:9
sugg0471.sac

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE