IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. SUGGS,

    Plaintiff,                        No. CIV S-11-0471 DAD P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT et al.,

    Defendants.              ORDER

/

        By an order filed March 7, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and other documents necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        In the interest of justice, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall complete and return to the court the USM-285 forms and other documents necessary to effect service on defendants. Failure to comply with the court's order will result in dismissal of this action.

DATED: April 27, 2011.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sugg0471.46usm

1